UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK ELZY,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**TORRANCE POLICE DEPARTMENT, OFFICER #18848, OFFICER 18061 and OFFICER #16459**<br><br>    Defendants. | CASE NO. CV 15-9559-GW(RAOx*)*<br><br>Hon. George H. Wu<br>Courtroom 10 – Spring St.<br><br>ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed:  12/11/15<br>Trial Date:          12/06/16 |

Pursuant to the agreement of the parties to this action as evidenced by their Stipulated Dismissal filed concurrently herewith,

**IT IS HEREBY ORDERED** that the entire above-entitled action be dismissed with prejudice.

DATED: June 15, 2016

_____
Hon. George H. Wu
United States District Judge